UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

    v.

FLAMENGO & LO, et al.,

        Defendants.

Case No. 20-cv-04900-SVK

**ORDER TO SHOW CAUSE**

The parties, having failed to comply with the Court's order that they file a notice of mediation by April 23, 2021 (see Dkt. 23), are ordered to appear on **May 25, 2021 at 1:30 p.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a joint status report no later than **May 18, 2021**

.**SO ORDERED.**

Dated: May 3, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge